# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2339 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 209 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 40596 |
| | : | |
| AARON S. FRIEDMANN, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of February, 2018, upon consideration of the Verified Statement of Resignation, Aaron S. Friedmann is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, retroactive to January 12, 2017. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217, and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).